UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH, FL 33401

IN RE:

ROLLAGUARD SECURITY, LLC,   Case No. 14-38071-BKC-EPK

   Debtors.   Chapter 7

_____/

ROBERT C. FURR, Chapter 7 Trustee,

   Plaintiff,

v.   Adversary No. 16-001703-EPK

BERGMAN LIMITED, INC.,

   Defendant.

_____/

## NOTICE OF APPEARANCE

   COMES NOW Jeffrey M. Siskind, and notices his appearance on behalf of Defendant BERGMAN LIMITED, INC. d/b/a Bergman Jewelers, and requests that all pleadings and papers be sent to the undersigned via CM/ECF to jeffsiskind@msn.com.

**SISKIND LEGAL GROUP**

   ___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
FBN 138746
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
TEL     (561) 832-7720
FAX     (561) 832-7668
Email:   jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true copy of the foregoing paper was served upon all appropriate parties this 8th day of February, 2017 by CM/ECF.

   ___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
FBN 138746