UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

    Rollaguard Security, LLC                Case No. 14-38071-BKC-EPK

        Debtor.                                  Chapter 7
_____/

Robert C. Furr, not individually but as
the Chapter 7 Trustee,

        Plaintiff,

v.                                            AVD. NO. 16-01703-BKC-EPK-A

Bergman Limited, Inc. d/b/a Bergman
Jewelers,

        Defendant.
_____/

## ANSWER TO PLAINTIFF'S COMPLAINT

      COMES NOW the Defendant, by and through undersigned counsel, and responds to Plaintiff's complaint as follows:

    1.    Debtor is without knowledge, and strict proof is demanded.

    2.    Debtor is without knowledge, and strict proof is demanded.

    3.    Debtor is without knowledge, and strict proof is demanded.

    4.    Debtor is without knowledge, and strict proof is demanded.

    5.    Debtor is without knowledge, and strict proof is demanded.

    6.    Admitted.

    7.    Admitted.

    8.    Admitted only as to this being a core proceeding.

    9.    Admitted.

10. Debtor is without knowledge, and strict proof is demanded.

11. Debtor is without knowledge, and strict proof is demanded.

12. Debtor is without knowledge, and strict proof is demanded.

13. Debtor is without knowledge, and strict proof is demanded.

14. Debtor is without knowledge, and strict proof is demanded.

15. Debtor is without knowledge, and strict proof is demanded.

16. Debtor is without knowledge, and strict proof is demanded.

17. Debtor is without knowledge, and strict proof is demanded.

18. Debtor is without knowledge, and strict proof is demanded.

19. Debtor is without knowledge, and strict proof is demanded.

20. Debtor is without knowledge, and strict proof is demanded.

21. Debtor is without knowledge, and strict proof is demanded.

22. Debtor is without knowledge, and strict proof is demanded.

23. Debtor is without knowledge, and strict proof is demanded.

24. Denied.

25. Denied at to use of the term 'voluminous,' providing little or no value and knowledge, and strict proof is demanded as to returned checks.

26. Debtor is without knowledge, and strict proof is demanded.

27. Defendant repeats and realleges its responses to paragraphs 1 through 26 as if fully set forth herein.

28. Admitted to the extent that the statute speaks for itself; other wise denied.

29. Denied.

30. Denied.

31. Debtor is without knowledge, and strict proof is demanded.

32. Denied.

WHEREFORE, Defendant requests judgment in its favor, and such additional relief as appropriate in the circumstances.

33. Defendant re-alleges its responses to paragraphs 1 through 26 as if fully set forth herein.

34. The Trustee's facts do not make out a case for unjust enrichment.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

WHEREFORE, Defendant requests judgment in its favor and such additional relief as appropriate in the circumstances.

40. Defendant reserves its right to amend its answer and assert additional defenses.

## AFFIRMATIVE DEFENSES

41. All of the business transactions between Debtor and Defendant were by "Memo," whereby title to jewelry was always vested in Defendant until good funds were received from Debtor, and were therefore contemporaneous exchanges as opposed to credit transactions.

42. Said simultaneous bargained for exchanges did not result in any benefit to Defendant which is recoverable by Plaintiff.

43. Defendant reserves the right to amend and/or add to its affirmative defenses.

Date:   July 19, 2017

**SISKIND LEGAL GROUP**

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
FBN 138746
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL    (561) 791-9565
FAX    (561) 791-9581
Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing answer was served upon all appropriate parties this 19th day of July, 2017 by CM/ECF.

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
FBN 138746