UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

    Rollaguard Security, LLC              Case No. 14-38071-BKC-EPK

        Debtor.                             Chapter 7
_____/

Robert C. Furr, not individually but as
the Chapter 7 Trustee,

        Plaintiff,

v.                                       AVD. NO. 16-01703-BKC-EPK-A

Bergman Limited, Inc. d/b/a Bergman
Jewelers,

        Defendant.
_____/

## **DEFENDANT BERGMAN LIMITED, INC.'S INITIAL DISCLOSURES**

BERGMAN LIMITED, INC. ("Defendant") hereby files and submits to Plaintiff its initial disclosure of the following witnesses and documents:

I.     WITNESSES

Defendant states that the following individuals are likely to have discoverable information that Defendant may use to support its position with regard to this matter:

| Name | Relevant Knowledge | Contact Information |
|---|---|---|
| Ray Bergman | Transactions with Debtor | c/o Jeffrey M. Siskind, Esq.<br>525 S. Flagler Drive, Box 7<br>West Palm Beach, FL  33401<br>TEL    (561) 791-9565 |
| Al Bergman | Transactions with Debtor | c/o Jeffrey M. Siskind, Esq. |

In addition, all witnesses and experts listed on the Plaintiff's Initial Disclosures to the extent not objected to by Defendant.

Defendant reserves the right to amend this lost at any time upon discovery of additional witnesses or a determination that such above-listed witnesses are not necessary.

II.     Documents

Defendant has already produced documents that support its defenses to Plaintiff. In addition, Defendant may use documents produced or disclosed by Plaintiff as intended for use at trial to support its defenses and the following:

1. All documents produced by Plaintiff to the extent not objected to by Defendant.
2. All documents produced by Defendant to Plaintiff.
3. All documents evidencing transfers between Debtor and Defendant.
4. All witness statements and expert reports.

Defendant reserves the right to amend or supplement this list of documents prior to trial upon the discovery of additional relevant documents.

III.    RELIEF SOUGHT

Defendant requests that the Court DENY the relief sought by Plaintiff and allow any claim possessed by Defendant against Debtor., and such other and further relief as appropriate.

IV.     INSURANCE

Defendant is not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

V.      Experts

Defendant does not intend to call any expert(s) to testify on its behalf.

**S I S K I N D   L E G A L**

\_\_\_*/s/ Jeffrey M. Siskind*\_\_\_
Jeffrey M. Siskind, Esquire
FBN 138746
525 S. Flagler Drive, Box 7
West Palm Beach, FL  33401
TEL    (561) 791-9565
FAX    (561) 791-9581
Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing disclosures was served upon all appropriate parties this 26th day of October, 2017 by CM/ECF.

\_\_\_*/s/ Jeffrey M. Siskind*\_\_\_
Jeffrey M. Siskind, Esquire
FBN 138746