UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-38071-BKC-EPK |
| | Chapter 7 |
| ROLLAGUARD SECURITY, LLC, | |
| SHAMROCK JEWELERS, INC., | (Substantively Consolidated) |
| SHAMROCK JEWELERS LOAN | |
| & GUARANTEE, LLC, | |
| Debtors. | |
| _____/ | |
| ROBERT C. FURR not individually but | ADV. NO. 16-01703-BKC-EPK-A |
| as Chapter 7 Trustee of the estate of the | |
| Debtors, | |
| Plaintiff, | |
| v. | |
| BERGMAN LIMITED, INC. d/b/a | |
| Bergman Jewelers, | |
| Defendant. | |
| _____/ | |

**PLAINTIFF'S SECOND**
**MOTION TO COMPEL DEPOSITION AND FOR SANCTIONS**

Robert C. Furr (the "Trustee" or "Plaintiff"), not individually but as Chapter 7 Trustee of the bankruptcy estate of the Debtor, Rollaguard Security, LLC ("Rollaguard") and the substantively consolidated debtors Shamrock Jewelers, Inc., a Florida corporation, an Shamrock Jewelers Loan & Guarantee, LLC, (collectively, the "Shamrock Entities," and together with Rollaguard, the "Debtors"), by and through undersigned counsel, hereby files this Second Motion to Compel Deposition and states:

1. On September 20, 2017, the Court held a status-conference in the above-captioned adversary proceeding. At that time, the parties agreed to set this matter for a final pretrial conference on November 8, 2017. This agreement was premised on an agreement between undersigned counsel and Defendant's counsel, Jeffrey Siskind, Esq. that Defendant's corporate representative would appear for deposition during the three-week period following the status conference.

2. Mr. Siskind failed to respond to numerous requests to schedule a deposition. On October 17, Plaintiff filed his *Motion to Compel Deposition and For Sanctions* [ECF No. 32].

3. Thereafter, Mr. Siskind wrote to undersigned counsel complaining that e-mails requesting to schedule a deposition had been caught in his "Spam Folder." Mr. Siskind agreed to schedule the deposition of his client on October 26, 2017 at 1:00 p.m. A notice of deposition followed. [ECF No. 35].

4. On the eve of the scheduled deposition, Mr. Siskind wrote to advise undersigned counsel that an "emergency hearing" had been set on one of his matters and that the deposition would need to be rescheduled. *See Exhibit A*. After comparing calendars and speaking telephonically, the parties agreed to reschedule the deposition for October 26, 2017 at Noon. [ECF No. 36]. At this time, undersigned counsel advised Mr. Siskind that the undersigned would be driving to West Palm Beach from Miami in order to conduct the deposition.

5. On October 27, 2017, the deponent failed to appear for his deposition. See Certificate of Non-Appearance annexed hereto as Exhibit B. Mr. Siskind did appear at the deposition and advised undersigned counsel that his client had a business deal that had arisen and he therefore would not be able to attend the deposition as scheduled. Undersigned counsel

offered to reschedule the deposition for the following day, provided that it take place at the offices of the undersigned in Miami, Florida. Defendant did not respond to this offer.

6. The Trustee respectfully requests the Court enter an order (a) awarding reasonable fees and costs to the Trustee's counsel; and (b) precluding the Defendant from offering testimony at trial in this matter.

7. Pursuant to Local Rule 7026-1(F), Plaintiff's counsel certifies that he has attempted in good faith to amicably resolve the issues raised herein without court action, but has been unable to do so.

WHEREFORE, Plaintiff respectfully requests this Court to enter an Order granting the relief requested herein, and granting such other and further relief as the Court deems just and proper.

Dated: October 27, 2017.

        GENOVESE JOBLOVE & BATTISTA, P.A.
        *SPECIAL COUNSEL FOR THE TRUSTEE*
        100 SE 2nd Street, Suite 4400
        Miami, FL 33131
        Tel.: (305) 349-2300
        Fax : (305) 349-2310

        /s/   Jesus M. Suarez
        Jesus M. Suarez, Esq.
        Florida Bar No. 60086
        jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2017, I electronically the foregoing was served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list.

/s/  Jesus M. Suarez
Jesus M. Suarez, Esq.

## SERVICE LIST

*Served Via CM/ECF Notification*

Jeffrey M Siskind on behalf of Defendant Bergman Limited, Inc. d/b/a Bergman Jewelers
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C. Furr, not individually but as the Chapter 7 Trustee
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;ecastellanos@gjb-law.com

**EXHIBIT "A"**

**Suarez, Jesus**

| | |
|---|---|
| From: | Jeffrey Siskind <jeffsiskind@msn.com> |
| Sent: | Wednesday, October 25, 2017 12:04 PM |
| To: | Suarez, Jesus |
| Subject: | RE: Rollaguard/Bergman |

Jesus - can we switch to Friday at 2 pm?  Judge Perez set me for a rent determination hearing on Thursday at 2 pm.

Jeffrey M. Siskind, Esq.
SISKIND LEGAL GROUP
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL 561-791-9565
FAX 561-791-9581
jeffsiskind@msn.com
jeffsiskind@gmail.com

-----Original Message-----
From: Suarez, Jesus [mailto:jsuarez@gjb-law.com]
Sent: Monday, October 23, 2017 2:17 PM
To: 'Jeffrey Siskind' <jeffsiskind@msn.com>
Subject: RE: Rollaguard/Bergman

Here is the Notice of Deposition.  See you on Thursday

-----Original Message-----
From: Jeffrey Siskind [mailto:jeffsiskind@msn.com]
Sent: Thursday, October 19, 2017 4:33 PM
To: Suarez, Jesus
Subject: RE: Rollaguard/Bergman

I believe that Ray Bergman is the only officer.  His brother, Al Bergman, works as a 'partner.'  They supposedly possess equal knowledge of the relevant transactions.

Jeffrey M. Siskind, Esq.
SISKIND LEGAL GROUP
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL 561-791-9565
FAX 561-791-9581
jeffsiskind@msn.com
jeffsiskind@gmail.com

-----Original Message-----
From: Suarez, Jesus [mailto:jsuarez@gjb-law.com]
Sent: Thursday, October 19, 2017 4:00 PM
To: Jeffrey Siskind <jeffsiskind@msn.com>; Hopkins, Colleen <chopkins@gjb-law.com>
Subject: Re: Rollaguard/Bergman

1

Tomorrow.  Who is corporate rep and what capacity
-----------------------------------
Jesus M. Suarez
Direct: 305-913-6682
E-mail: JSuarez@gjb-law.com<mailto:JSuarez@gjb-law.com>
Genovese Joblove & Battista, PA

Sent from my iPhone.

On Oct 19, 2017, at 2:45 PM, Jeffrey Siskind <jeffsiskind@msn.com<mailto:jeffsiskind@msn.com>> wrote:

OK; when can I get a notice?

Jeffrey M. Siskind, Esq.
SISKIND LEGAL GROUP
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL 561-791-9565
FAX 561-791-9581
jeffsiskind@msn.com<mailto:jeffsiskind@msn.com>
jeffsiskind@gmail.com<mailto:jeffsiskind@gmail.com>

-----Original Message-----
From: Suarez, Jesus [mailto:jsuarez@gjb-law.com]
Sent: Thursday, October 19, 2017 2:40 PM
To: 'Jeffrey Siskind' <jeffsiskind@msn.com<mailto:jeffsiskind@msn.com>>
Subject: RE: Rollaguard/Bergman

10/26 @ 11 AM.   I expect the deposition to take less than 2 hours, and probably one.

-----Original Message-----
From: Jeffrey Siskind [mailto:jeffsiskind@msn.com]
Sent: Thursday, October 19, 2017 2:33 PM
To: Suarez, Jesus
Subject: RE: Rollaguard/Bergman

10/26, 10/31, or 11/2?

Jeffrey M. Siskind, Esq.
SISKIND LEGAL GROUP
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL 561-791-9565
FAX 561-791-9581
jeffsiskind@msn.com<mailto:jeffsiskind@msn.com>
jeffsiskind@gmail.com<mailto:jeffsiskind@gmail.com>

-----Original Message-----
From: Suarez, Jesus [mailto:jsuarez@gjb-law.com]
Sent: Thursday, October 19, 2017 2:31 PM
To: 'Jeffrey Siskind' <jeffsiskind@msn.com<mailto:jeffsiskind@msn.com>>

2

Subject: RE: Rollaguard/Bergman

OK, we can do it at Glass Ratner in West Palm Beach.  Please provide dates.

-----Original Message-----
From: Jeffrey Siskind [mailto:jeffsiskind@msn.com]
Sent: Thursday, October 19, 2017 2:10 PM
To: Suarez, Jesus
Subject: RE: Rollaguard/Bergman

It makes better sense to hold it in West Palm Beach; why should two people travel to Boca, on of whom comes from North Palm Beach?

Jeffrey M. Siskind, Esq.
SISKIND LEGAL GROUP
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL 561-791-9565
FAX 561-791-9581
jeffsiskind@msn.com<mailto:jeffsiskind@msn.com>
jeffsiskind@gmail.com<mailto:jeffsiskind@gmail.com>

-----Original Message-----
From: Suarez, Jesus [mailto:jsuarez@gjb-law.com]
Sent: Thursday, October 19, 2017 1:47 PM
To: Jeffrey Siskind <jeffsiskind@msn.com<mailto:jeffsiskind@msn.com>>
Cc: intelexigent@gmail.com<mailto:intelexigent@gmail.com>
Subject: Re: Rollaguard/Bergman

When is your client available?  I can do it at Roberts office next week.

----------------------------------
Jesus M. Suarez
Direct: 305-913-6682
E-mail: JSuarez@gjb-law.com<mailto:JSuarez@gjb-law.com><mailto:JSuarez@gjb-law.com>
Genovese Joblove & Battista, PA

Sent from my iPhone.

On Oct 19, 2017, at 1:33 PM, Jeffrey Siskind <jeffsiskind@msn.com<mailto:jeffsiskind@msn.com><mailto:jeffsiskind@msn.com>> wrote:

So let's get this depo scheduled!

Jeffrey M. Siskind, Esq.
SISKIND LEGAL GROUP
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL 561-791-9565
FAX 561-791-9581
jeffsiskind@msn.com<mailto:jeffsiskind@msn.com><mailto:jeffsiskind@msn.com>
jeffsiskind@gmail.com<mailto:jeffsiskind@gmail.com><mailto:jeffsiskind@gmail.com>

From: Suarez, Jesus [mailto:jsuarez@gjb-law.com]
Sent: Tuesday, October 17, 2017 5:30 PM
To: 'Jeffrey Siskind' <jeffsiskind@msn.com<mailto:jeffsiskind@msn.com><mailto:jeffsiskind@msn.com>>
Cc: intelexigent@gmail.com<mailto:intelexigent@gmail.com><mailto:intelexigent@gmail.com>
Subject: RE: Rollaguard/Bergman

Jeff I am out of pocket right now.  You can imagine our frustration when you did not respond to emails, but I accept your explanation.  I will work constructively with you to resolve open issues and will withdraw my motion if appropriate.  Please note it was set for hearing at the same time as our pretrial conference.  Please expect a call from me tomorrow.  In the meantime, please propose dates.  Thank you and have a nice evening.

From: Jeffrey Siskind [mailto:jeffsiskind@msn.com]
Sent: Tuesday, October 17, 2017 5:21 PM
To: Suarez, Jesus
Cc: intelexigent@gmail.com<mailto:intelexigent@gmail.com><mailto:intelexigent@gmail.com>
Subject: Rollaguard/Bergman

Jesus - I don't have the emails which you attached as an exhibit, although they appear to have been sent to the correct email address.  Upon reading your motion, I first attempted to call you.  My first draft of this email was in an accusatory tone because I was sure that I did not receive any of them.  But, I then thought to check my "junk emails" folder and searched by your name.  I believe that I momentarily saw them behind a drop-down box, but they disappeared when I tried to click on one of them.  They were not moved to my inbox or deleted items folders; they are just not available.  One of us has email issues.

These are the only emails which I have FROM and TO you on this matter, which were in my 'inbox' and 'sent emails' folders:

Emails from Jesus (oldest to newest) ...
5-10     question about potential mediators
5-11     copy of email to staff instructing staff to schedule mediation
6-1      copy of request to staff to schedule mediation
6-7      copy of email to staff asking whether mediation was scheduled
6-15     here are the inflows and outflows
6-20     with Robert Furr and would like to discuss
6-23     sent In Re Model Imperial case
6-26     proposed motion for leave from discovery stay period
6-28     reminder re proposed motion for leave
6-28     thanks
6-30     stay abated; 14 days to respond to complaint ok?
7-17     Deadline to respond has passed; should we file a response?

Emails to Jesus (oldest to newest) ...
5-10     pick the local guy for mediation
5-11     please call me
6-7      did mediation get scheduled?
6-15     here is my transaction info
6-22     sent additional transaction info
6-28     OKed Jesus' proposed ex-parte agreed order to permit litigating
6-30     'Yes' to 14 days to respond to complaint

4

Why didn't you just call me?  Instead, addition to falsely certifying that you attempted in good faith to resolve issues which you raised in your motion in accordance with Local Rule 7026-1(F), you wrongfully implied that you did not agree to permit me to appear by telephone for mediation.  As I have said, I am happy to provide my client for deposition "anytime."

Also please note Local Rule 9073-1(D) Conference with Opposing Attorneys Required; you set a hearing without doing so.  As a result, you were not able to file a certificate of service which comports with the rule or official local form, both of which require you to certify that you conferred with me prior to setting the matter for a hearing.

Please call me on my cell phone (561-352-9166) at your earliest opportunity in order that we might resolve this matter before I am required to respond.

Note:  I am copying Robert Gibson, who has helped me with IT issues, to see if he can explain why this email situation occurred [Robert - I am using the full blown Outlook program, as opposed to Hotmail].

Jeffrey M. Siskind, Esq.
SISKIND LEGAL GROUP
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL 561-791-9565
FAX 561-791-9581
jeffsiskind@msn.com<mailto:jeffsiskind@msn.com><mailto:jeffsiskind@msn.com>
jeffsiskind@gmail.com<mailto:jeffsiskind@gmail.com><mailto:jeffsiskind@gmail.com>

**EXHIBIT "B"**

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-38071-EPK

IN RE:
ROLLAGUARD SECURITY, LLC,                      AFFIDAVIT
                                                  OF
   Debtor.                                    NON-APPEARANCE
_____/
ROBERT C. FURR, not individually,
but as Chapter 7 Trustee of the
estate of the Debtor,

   Plaintiff,

vs.                                     ADV. CASE NO.: 16-1703-EPK

BERGMAN LIMITED, INC., d/b/a
Bergman Jewelers,

   Defendant.
_____/

STATE OF FLORIDA )
COUNTY OF DADE )

     I, HELAYNE F. WILLS, Shorthand Reporter, do hereby certify that I was present at 1400 Centrepark Boulevard, West Palm Beach, Florida, on October 26, 2017, from 12:00 p.m. to 12:30 p.m., for the purpose of reporting the deposition of RAY BERGMAN, scheduled to begin at 12:00 p.m.; and that said deponent did not appear at that time.

     Dated this 26th day of October, 2017.

     *[signature]*
     _____
     HELAYNE F. WILLS, Shorthand Reporter
     OUELLETTE & MAULDIN
     28 West Flagler Street
     Miami, Florida  33130

ORIGINAL