UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

    Rollaguard Security, LLC                      Case No. 14-38071-BKC-EPK

           Debtor.                                          Chapter 7
_____/

Robert C. Furr, not individually but as
the Chapter 7 Trustee,

           Plaintiff,

v.                                                    AVD. NO. 16-01703-BKC-EPK-A

Bergman Limited, Inc. d/b/a Bergman
Jewelers,

           Defendant.
_____/

**NOTICE OF FILING LIST OF TRANSACTIONS**

      COMES NOW the Defendant, by and through undersigned counsel, and provides the attached list of relevant transactions (See Exhibit attached hereto.)  by and between Bergman Limited, Inc. d/b/a Bergman Jewelers and other parties upon which the Court has jurisdiction, together with various jewelers' memorandums in accordance with which said transactions were conducted.  Counsel has tried without success to review these transactions with opposing counsel in order to try to stipulate to the history of dealings between the parties in this matter.

**S I S K I N D   L E G A L**

        ___*/s/ Jeffrey M. Siskind*___
        Jeffrey M. Siskind, Esquire
        FBN 138746
        525 S. Flagler Drive, Box 7
        West Palm Beach, FL  33401
        TEL    (561) 791-9565
        FAX    (561) 791-9581
        Email:  jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing Notice of Filing List of Transactions was served upon all appropriate parties this 6th day of November, 2017 by CM/ECF.

                                                 ___*/s/ Jeffrey M. Siskind*___
                                                 Jeffrey M. Siskind, Esquire
                                                 FBN 138746