**Bergman Limited, Inc. d/b/a Bergman Jewelers**
**and**
**Shamrock Jewelers, Inc.**
**Consignments, Returns and Payments Reconciliation**
(February 24, 2015 through April 29, 2015)

| Date | Consignment Item / Check Description | Consignment | Payment | Balance |
|---|---|---|---|---|
| 2015-02-24 | 3.08 ct. Princess Cut Diamond (loose) | $16,750 | | $16,750 |
| 2015-02-24 | 6.8 ct. Diamond & 10.06 ct. Emerald (ring) | $13,500 | | $30,250 |
| 2015-02-24 | Cabachon Emerald Bracelet | $13,800 | | $44,050 |
| 2015-02-26 | 3 ct. Diamond | $18,000 | | $62,050 |
| 2015-02-26 | Check 101 | | $18,000 | $44,050 |
| 2015-03-03 | Check 101 (NSF) | | ($18,000) | $62,050 |
| 2015-03-06 | 3 ct. Diamond {(RETURN) | ($18,000) | | $44,050 |
| 2015-03-06 | Channel Set 3 ct. Diamond Bracelet | $1,700 | | $45,750 |
| 2015-03-06 | S Design 3 ct. Diamond Bracelet | $1,200 | | $46,950 |
| 2015-03-06 | 4.25, ct. Round Brilliant Cut Diamond | $15,500 | | $62,450 |
| 2015-03-06 | Channel Set 3 ct. Diamond Bracelet (RETURN) | ($1,700) | | $60,750 |
| 2015-03-06 | S Design 3ct Diamond Bracelet (RETURN) | ($1,200) | | $59,550 |
| 2015-03-07 | 1.86 ct Round Brilliant Cut Diamond VS2 H clr | $16,500 | | $76,050 |
| 2015-03-07 | 3.16 ct Round Brilliant Cut Diamond SI2 H clr | $28,500 | | $104,550 |
| 2015-03-07 | 1.96 ct. Pear Diamond | $5,000 | | $109,550 |
| 2015-03-07 | Ladies Diamond Bezel for Rolex | $715 | | $110,265 |
| 2015-03-09 | 6.8 ct Diamond & 10.06 ct. Emerald (ring) (RETURN) | ($13,500) | | $96,765 |
| 2015-03-09 | Cabachon Emerald Bracelet (RETURN) | ($13,800) | | $82,965 |
| 2015-03-09 | 3.08 ct. Princess Cut Diamond (loose) (ADJUST PRICE) | ($550) | | $82,415 |
| 2015-03-09 | Check #141 Wells Fargo Acct # 8558561992 | | $16,200 | $66,215 |
| 2015-03-11 | 1.71 ct. Pear Diamond | $8,800 | | $75,015 |
| 2015-03-11 | 1.60 ct. Pear Diamond GIA Cert. # 1152690252 | $8,000 | | $83,015 |
| 2015-03-19 | Check #141 Wells Fargo Acct # 8558561992 (NSF) | | ($16,200) | $99,215 |
| 2015-03-27 | 1.71 ct. Pear Diamond (RETURN) | ($8,800) | | $90,415 |
| 2015-03-27 | 1.86 ct. Round Brilliant Cut Diamond VS2 H clr (RETURN) | ($16,500) | | $73,915 |
| 2015-03-27 | 3.16 ct. Round Brilliant Cut Diamond SI2 H clr (RETURN) | ($28,500) | | $45,415 |
| 2015-03-27 | 1.96 ct. Pear Diamond (RETURN) | ($5,000) | | $40,415 |
| 2015-03-27 | Check #25022 Wells Fargo Acct # 8558561992 | | $31,700 | $8,715 |
| 2015-03-27 | Check #25023 Wells Fargo Acct # 8558561992 | | $8,000 | $715 |
| 2015-04-01 | Check #25022 Wells Fargo Acct # 8558561992 (NSF) | | ($31,700) | $32,415 |
| 2015-04-01 | Check #25023 Wells Fargo Acct # 8558561992 (NSF) | | ($8,000) | $40,415 |
| 2015-04-08 | 3.12 ct. Round Brilliant Cut Diamond | $18,500 | | $58,915 |
| 2015-04-08 | Check Number 25054 | | $18,500 | $40,415 |
| 2015-04-08 | Check Number 25054 (not honored at counter) | | ($18,500) | $58,915 |
| 2015-04-10 | Check #25048 Wells Fargo Acct # 8558561992 | | $48,600 | $10,315 |
| 2015-04-14 | Check #24048 Wells Fargo Acct # 8558561992 (NSF) | | ($48,600) | $58,915 |
| 2015-04-29 | Cashiers Check 6632700544 | | $55,000 | $3,915 |
| | **Net Consignments | Payments | Bal Due From Estate** | **$58,915** | **$55,000** | **$3,915** |

It is standard within the jewelry industry to provide jewelry items to other jewelers on consignment memorandum ("on Memo") for review and either full payment or return. No title to items on Memo is ever granted until payment is received in-full. Each and every transaction itemized above is memorialized in a Memo signed by Anthony Simpson on behalf of Shamrock Jewelers, Inc. each of which contains clear and unambiguous terms which read as follows:

The consignee agrees to pay all cost of collection. including a reasonable attorney's fee in the event that it is necessary for consignor to engage the services of an attorney to enforce its rights hereunder.

The merchandise described above is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of BERGMAN JEWELERS. LTD. and shall be returned on demand, in full in its original form.  Until the merchandise is returned and actually received by us, you are fully responsible therefor, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise, or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise *shall* occur only if and when we agree and you shall have received from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance thereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements. dealing with respect to the other merchandise or any contrary custom of the trade. (This is NOT an INVOICE or BILL OF SALE)

During the material time period from February 24, 2015 to April 29, 2015, six (6) checks were received from Shamrock Jewelers, Inc., (Shamrock), all drawn on Wells Fargo Account # 8558561992.

1. Check  # 101 in the amount of $18,000 was received on February 26, 2015, to pay for a 3 ct. Diamond contemporaneously provided to Shamrock.  No Memo was generated on this transaction as it was to be a final sale.  Ultimately the check was dishonored on March 3, 2015 and the 3 ct. Diamond was returned to Bergman Jewelers on March 6, 2015.
2. Check #141 in the amount of $16,200 was received on March 9, 2015 to pay for a 1.86 ct. VS2 H clr. Round Brilliant Cut Diamond provided to Shamrock on Memo, March 7, 2015 originally priced at $16,750, but was adjusted at the time of settlement to $16,200.  Ultimately the check was dishonored and returned unpaid on March 19, 2015.
3. Check  #25022 in the amount of $31,700 was received on March 27, 2015 to pay for a 4.25 ct. Round Brilliant Cut Diamond provided on Memo March 6, 2015 and to replace Check #141 previously dishonored in the amount of $16,200.  Ultimately the check was dishonored and returned unpaid, on April 1, 2015.
4. Check #25023 in the amount of $8,000 was also received on March 27, 2015, to pay for a 1.71 ct. Pear Diamond provided on Memo March 11, 2015.  Ultimately, the check was dishonored and returned unpaid, on April 1, 2015.
5. Check #25054 in the amount of $18,500 was received on April 8, 2015 to pay for a 3.12 ct. Round Brilliant Cut Diamond, contemporaneously provided to Shamrock on Memo.  Given the unusual rash of bad checks, with this long-time client, Bergman chose to provide the item on Memo, rather than invoice until the check cleared.  Ultimately this check was also dishonored at the bank teller window on April 8, 2015, that same day.
6. Check #24048 in the amount of $48,600 was received on April 10, 2015 to replace Check #25022, Check #25023 and to pay $8,900 towards Check #25054.  Ultimately, the check was dishonored and returned unpaid on April 14, 2015.

As of the close of business April 14, 2015, the following items totaling $58,915 were out on Memo to Shamrock Jewelers, Inc.:

| | | | |
|---|---|---|---|
| 2015-02-24 | 3.08 ct. Princess Cut Diamond (loose) | $16,750 |
| 2015-03-06 | 4.25 ct. Round Brilliant Cut Diamond | $15,500 |
| 2015-03-07 | Ladies Diamond Bezel for Rolex | $715 |
| 2015-03-11 | 1.60 ct. Pear Diamond Gia # 1152690252 | $8,000 |
| 2015-04-08 | 3.12 Round Brilliant Cut Diamond | $18,500 |

Although checks had been received for the entire amount, each check was ultimately dishonored and returned unpaid.

On April 23, 2015, a police report was made in pursuit of jewelry items valued at $58,915 on consignment or for payment. As a result of the police interview with Shamrock's proprietor, Anthony Simpson, on April 29, 2015, cashiers check # 6632700544 in the amount of $55.000 was delivered to Bergman Jewelers.

At this point in time the Estate is indebted to Bergman Jewelers in the amount of $3,915 which debt, pursuant to 11 USC §523(a)(2)(A), is nondischargeable.

# BERGMAN JEWELERS

Estate Purchasing, Fine Jewelry
Watches, Cartier, Rolex, Patek, Philippe
Certified Rolex Technician, Diamonds

Jewelry Design, Repairs
GIA Certified Appraiser
Diamonds at Wholesale

2000 PGA Boulevard, Ste. 5501 North Palm Beach, FL 33408
561-627-0900   800-552-2781   Fax: 561-627-1923
http://bergman-jewelers.com

## CONSIGNMENT MEMORANDUM (AT CONSIGNEE'S RISK)

DATE 2-24 20 15

TO Shamrock Jewelers
301 5888
844 2600

The consignee agrees to pay all cost of collection, including a reasonable attorney's fee in the event that it is necessary for consignor to engage the services of an attorney to enforce its rights hereunder.

The merchandise described above is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of BERGMAN JEWELERS, LTD. and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible therefor, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise, or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall have received from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance thereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to the other merchandise or any contrary custom of the trade. (This is NOT an INVOICE or BILL OF SALE)

| QUANTITY | DESCRIPTION OF MERCHANDISE | UNIT VALUE | STATED VALUE |
|---|---|---|---|
| | 30.8 Princess Cut Dia | PAID 16200 BAD CHECK | 16750 00 |
| | Diamond & Emerald 6.87ct Dia 10.06 Emer | BACK | 13500 00 |
| | Colr Emerald Bracelet | BACK | 13800 00 |
| | | | |
| | | | |
| | | | |

AUTHORIZED SIGNATURE        TITLE        TOTAL VALUE

# BERGMAN ◆ JEWELERS

Estate Purchasing, Fine Jewelry
Watches, Cartier, Rolex, Patek, Philippe
Certified Rolex Technician, Diamonds

Jewelry Design, Repairs
GIA Certified Appraiser
Diamonds at Wholesale

2000 PGA Boulevard, Ste. 5501 North Palm Beach, FL 33408
561-627-0900   800-552-2781   Fax: 561-627-1923
http://bergman-jewelers.com

## CONSIGNMENT MEMORANDUM
(AT CONSIGNEE'S RISK)

DATE 3-11 20 15

TO Shamrock
8442600

The consignee agrees to pay all cost of collection, including a reasonable attorney's fee in the event that it is necessary for consignor to engage the services of an attorney to enforce its rights hereunder.
The merchandise described above is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of BERGMAN JEWELERS, LTD. and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible therefor, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise, or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall have received from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance thereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to the other merchandise or any contrary custom of the trade. (This is NOT an INVOICE or BILL OF SALE)

| QUANTITY | DESCRIPTION OF MERCHANDISE | UNIT VALUE | STATED VALUE |
|---|---|---|---|
| BACK | 1.71 ct Pear Dia | | 8800 00 |
| | 1.60 ct PEAR GIA 1152690252 | | 8000 00 |

AUTHORIZED SIGNATURE    TITLE    TOTAL VALUE

# BERGMAN ♦ JEWELERS

Estate Purchasing, Fine Jewelry
Watches, Cartier, Rolex, Patek, Philippe
Certified Rolex Technician, Diamonds

Jewelry Design, Repairs
GIA Certified Appraiser
Diamonds at Wholesale

2000 PGA Boulevard, Ste. 5501 North Palm Beach, FL 33408
561-627-0900   800-552-2781   Fax: 561-627-1923
http://bergman-jewelers.com

## CONSIGNMENT MEMORANDUM
(AT CONSIGNEE'S RISK)

DATE 3-7-2015

TO: Tony Shamrock Jewelers

PO BY
* LISA $100 TO COST *

The consignee agrees to pay all cost of collection, including a reasonable attorney's fee in the event that it is necessary for consignor to engage the services of an attorney to enforce its rights hereunder.

The merchandise described above is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of BERGMAN JEWELERS, LTD. and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible therefor, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise, or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall have received from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance thereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to the other merchandise or any contrary custom of the trade. (This is NOT an INVOICE or BILL OF SALE)

| QUANTITY | DESCRIPTION OF MERCHANDISE | UNIT VALUE | STATED VALUE |
|---|---|---|---|
| | BACK | | |
| 1 | 86 Round Diamond VS2 H | | 16500 |
| 3 | 76 Round Diamond SI2 H GIA | | 28500 00 |
| 1 | 96 Pear Diamond | | 5000 00 |
| | LDS DIA BEZEL FOR ROLEX | | 715 00 |

AUTHORIZED SIGNATURE          TITLE          TOTAL VALUE

# BERGMAN ♦ JEWELERS

Estate Purchasing, Fine Jewelry
Watches, Cartier, Rolex, Patek, Philippe
Certified Rolex Technician, Diamonds

Jewelry Design, Repairs
GIA Certified Appraiser
Diamonds at Wholesale

2000 PGA Boulevard, Ste. 5501 North Palm Beach, FL 33408
561-627-0900   800-552-2781   Fax: 561-627-1923
http://bergman-jewelers.com

## CONSIGNMENT MEMORANDUM
(AT CONSIGNEE'S RISK)

DATE 2-8-2015

TO Shamrock Jewelers
Northlake Blvd

The consignee agrees to pay all cost of collection, including a reasonable attorney's fee in the event that it is necessary for consignor to engage the services of an attorney to enforce its rights hereunder.

The merchandise described above is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of BERGMAN JEWELERS, LTD. and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible therefor, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise, or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall have received from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance thereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to the other merchandise or any contrary custom of the trade. (This is NOT an INVOICE or BILL OF SALE)

| QUANTITY | DESCRIPTION OF MERCHANDISE | UNIT VALUE | STATED VALUE |
|---|---|---|---|
| 1 | Round Diamond 3 1/2 ct | | 18500 00 |

AUTHORIZED SIGNATURE — TITLE — TOTAL VALUE