UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-38071-BKC-EPK |
| | Chapter 7 |
| ROLLAGUARD SECURITY, LLC, | |
| *et al.* | (Substantively Consolidated) |
| Debtors. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtors, | ADV. NO. 16-01703-BKC-EPK-A |
| Plaintiff, | |
| v. | |
| BERGMAN LIMITED, INC. d/b/a Bergman Jewelers, | |
| Defendant. | |
| _____/ | |

**PLAINTIFF'S NOTICE OF FILING DECLARATION OF
JESUS M. SUAREZ, ESQ. IN CONNECTION WITH TRUSTEE'S
MOTIONS TO COMPEL DEPOSITIONS [ECF Nos. 32 & 41]**

**PLEASE TAKE NOTICE** that Robert C. Furr (the "Trustee" or "Plaintiff"), not individually but as Chapter 7 Trustee of the bankruptcy estate of the Debtor, Rollaguard Security, LLC ("Rollaguard") and the substantively consolidated debtors Shamrock Jewelers, Inc., a Florida corporation, an Shamrock Jewelers Loan & Guarantee, LLC, (collectively, the "Shamrock Entities," and together with Rollaguard, the "Debtors"), through undersigned counsel, files the *Declaration of Jesus M. Suarez, Esq. in Connection with Trustee's Motion to Compel Depositions* [ECF Nos. 32 & 41] attached hereto as ***Exhibit "A".***

Respectfully submitted this 9th day of November, 2017.

GENOVESE JOBLOVE & BATTISTA, P.A.
*SPECIAL COUNSEL FOR THE TRUSTEE*
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel.:  (305) 349-2300
Fax :  (305) 349-2310

/s/    Jesus M. Suarez          _
Jesus M. Suarez, Esq.
Florida Bar No. 60086
jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2017, I electronically the foregoing was served via CM/ECF Notification to all parties on the attached service list.

/s/    Jesus M. Suarez          _
Jesus M. Suarez, Esq.

## SERVICE LIST

*Served Via CM/ECF Notification*

Jeffrey M Siskind on behalf of Defendant Bergman Limited, Inc. d/b/a Bergman Jewelers
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C. Furr, not individually but as the Chapter 7 Trustee
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;ecastellanos@gjb-law.com

2

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 14-38071-BKC-EPK
                                                                          Chapter 7
ROLLAGUARD SECURITY, LLC,
*et al.*                                                                  (Substantively Consolidated)

      Debtors.
_____/

ROBERT C. FURR not individually but                                       ADV. NO. 16-01703-BKC-EPK-A
as Chapter 7 Trustee of the estate of the
Debtors,

      Plaintiff,

v.

BERGMAN LIMITED, INC. d/b/a
Bergman Jewelers,

      Defendant.
_____/

### DECLARATION OF JESUS M. SUAREZ, ESQ. IN CONNECTION WITH TRUSTEE'S MOTIONS TO COMPEL DEPOSITIONS [ECF Nos. 32&41]

1. My name is Jesus M. Suarez. I am an attorney-at-law, admitted to practice in the State of Florida. I am a partner of Genovese Joblove & Battista, P.A. ("GJB") and the designated attorney with primary responsibility for this adversary proceeding, and have personal knowledge of the facts stated herein.

2. GJB is special counsel and Co-General Counsel to Plaintiff Robert C. Furr, in his capacity of chapter 7 Trustee of the estate of Rollaguard Security, LLC.

3. I have reviewed pertinent records of the firm in connection with our preparation, prosecution and attendance at hearings in connection with *Plaintiff's Motion to Compel Deposition and For Sanctions* [ECF No. 32] (the "First Motion for Sanctions") and *Second Motion to Compel Deposition and for Sanctions* [ECF No. 41] (the "Second Motion for

Sanctions"), as well as the preparation for and attendance at the scheduled deposition of Defendant's corporate representative on October 27, 2017 [ECF Nos. 35&36] (the "Bergman Deposition").

4. My hourly rate is $350 per hour.

5. GJB has incurred the following attorney's fees and costs, reflecting my personal work in connection with the Bergman Deposition and Second Motion for Sanctions.

    (a) 10/26/17    Preparation for Bergman Deposition (1.4 hours)

    (b) 10/27/17    Travel to and attendance at Bergman Deposition (5.3 hours)

    (c) 10/27/17    Preparation of Second Motion for Sanctions [ECF No. 41] (.5 hours)

    (d) 11/8/17    Travel to November 8, 2017 Hearing on Second Motion for Sanctions [ECF No. 41] (3.2).

    (e) 11/8/17    Preparation for and attendance at November 8, 2017 Hearing on Second Motion for Sanctions [ECF No. 41] (.6 hours)

    (f) 11/8/17    Preparation of Order on Second Motion for Sanctions (.4 hours)

    (g) 11/9/17    Preparation of Affidavit in Support of Second Motion for Sanctions (.5 hours)

6. GJB has also incurred costs of $127.50 for court reporter fees (Oullete & Mauldin Court Reporters Inc.) in connection with the Bergman Deposition.

7. Stated differently, GJB has incurred $4,165.00 in attorney's fees and $127.50 in costs in connection with the preparation and prosecution of the Second Motion to Compel and preparation for and attendance at the Bergman Deposition.

Pursuant to Section 1746, Title 28, of the United States Code, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of November, 2017 in Miami-Dade County, Florida.

_____
Jesús M. Suarez

2