UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

    Rollaguard Security, LLC                    Case No. 14-38071-BKC-EPK

        Debtor.                                 Chapter 7
_____/

Robert C. Furr, not individually but as
the Chapter 7 Trustee,

        Plaintiff,

v.                                         AVD. NO. 16-01703-BKC-EPK-A

Bergman Limited, Inc. d/b/a Bergman
Jewelers,

        Defendant.
_____/

**EMERGENCY MOTION TO AMEND AFFIRMATIVE DEFENSES**

**This motion is brought on an emergency basis to permit a hearing
prior to trial which is currently scheduled for December 5, 2017.**

      COMES NOW the Defendant, by and through undersigned counsel, and moves to amend its Affirmative Defenses by adding affirmative defenses relying upon 11 U.S.C. Sect. 548(c) and 11 U.S.C. 550(b)(1) (See Exhibit attached hereto), and states:

      1.       The Trustee's deposition of Ray Bergman ("Bergman"), authorized officer with the most knowledge appearing on behalf of Defendant Bergman Limited, Inc. d/b/a Bergman Jewelers, concluded today.

      2.       Bergman's deposition testimony made it apparent that Defendant will likely prevail in this matter upon an affirmative defense based upon 11 U.S.C. Sect. 548(c) and 11 U.S.C. 550(b)(1), in light of the nature and history of dealings between Defendant and Debtor.

      3.       Defendant reserved the right to amend its Affirmative Defenses when it filed its Answer and Affirmative Defenses, just as Plaintiff reserved the right to amend its Complaint.

4.	No party will be prejudiced by the granting of this motion because Plaintiff incorporated the relevant statute in its Complaint and is fully aware of the manner in which defenses brought under the statutes governing fraudulent transfers may affect the rights of the parties to this adversary suit.

5.	Public policy is best served by parties' possessing a right to redress being able to obtain full and fair adjudication.

WHEREFORE, Defendant requests that the Court permit Defendant to amend its Affirmative Defenses by adding the attached Affirmative Defenses available pursuant to 11 U.S.C. Sect. 548(c) and 11 U.S.C. Sect. 550(b)(1).

**S I S K I N D   L E G A L**

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire
FBN 138746
525 S. Flagler Drive, Box 7
West Palm Beach, FL  33401
TEL	(561) 791-9565
FAX	(561) 791-9581
Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Filing List of Transactions was served upon all appropriate parties this 15th day of November, 2017 by CM/ECF.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire
FBN 138746

**EXHIBIT**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

    Rollaguard Security, LLC                    Case No. 14-38071-BKC-EPK

          Debtor.                                 Chapter 7
_____/

Robert C. Furr, not individually but as
the Chapter 7 Trustee,

          Plaintiff,

v.                                           ADV. NO. 16-01703-BKC-EPK-A

Bergman Limited, Inc. d/b/a Bergman
Jewelers,

          Defendant.
_____/

**DEFENDANT'S ADDITIONAL AFFIRMATIVE DEFENSES**

      COMES NOW the Defendant, by and through undersigned counsel, and amends its Affirmative Defenses by adding the following affirmative defenses relying upon 11 U.S.C. Sect. 548(c) and 11 U.S.C. 550(b)(1):

      1.     As to all transfers made to Defendant by Debtor, Defendant took same for value and in good faith and may therefore retain any interest transferred to the extent that Defendant gave value to Debtor in exchange for same, which transfers are not avoidable pursuant to 11 U.S.C. Sect. 548(c).

      2.     As to all transfers made to Defendant by Debtor, the Trustee may not recover these because Defendant took them for value, in good faith and without knowledge of the voidability of the transfers, pursuant to 11 U.S.C. 550(b)(1).

      3.     Defendant reserves the right to further amend its affirmative defenses and to

conform its pleadings to the evidence at trial.

WHEREFOE, Defendant requests that the Court find in its favor as to all counts, and for such other and further relief as appropriate.

**S I S K I N D   L E G A L**

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire
FBN 138746
525 S. Flagler Drive, Box 7
West Palm Beach, FL  33401
TEL    (561) 791-9565
FAX    (561) 791-9581
Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Filing List of Transactions was served upon all appropriate parties this 15th day of November, 2017 by CM/ECF.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire
FBN 138746