UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-38071-BKC-EPK |
| | Chapter 7 |
| ROLLAGUARD SECURITY, LLC, | |
| Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Rollaguard Security, LLC, | ADV. NO. 16-01703-BKC-EPK-A |
| Plaintiff, | |
| v. | |
| BERGMAN LIMITED, INC. d/b/a Bergman Jewelers, | |
| Defendants. | |
| _____/ | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Robert C. Furr (the "Trustee" or "Plaintiff"), not individually but as Chapter 7 Trustee of the bankruptcy estate of the Debtor, Rollaguard Security, LLC ("Rollaguard") and Defendant, Bergman Limited, Inc. d/b/a Bergman Jewelers, by and through their respective counsel, pursuant to Fed. R. Bank. P.7041(a)(1)(A)(ii) and pursuant to the pursuant to the *Omnibus Order Granting Chapter 7 Trustee's Omnibus Motion to Approve Settlement and Compromise with Adversary Defendants Rolyat Family Trust and Daniel Taylor, Schumacher Auto Group, Inc., Michael Penza and Bergman Limited, Inc.* [Main Case ECF No. 386] hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 29th day of January, 2018.

        GENOVESE JOBLOVE & BATTISTA, P.A.
        *Special Counsel for the Trustee/Plaintiff*
        100 SE 2nd Street, Suite 4400
        Miami, FL 33131
        Telephone: 305-349-2300
        Facsimile: 305-349-2310

        By: /s/ Jesus M. Suarez
            Jesus M. Suarez, Esq.
            Florida Bar No. 60086
            Email: jsuarez@gjb-law.com

-and-

SISKIND LEGAL
*Counsel for Defendant*
525 S. Flagler Drive, Box 7
West Palm Beach, FL 33401
Tel. (561) 791-9565
Fax (561) 791-9581

By: */s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.
Florida Bar No. 138746

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served to all registered users through the CM/ECF System or by U.S. Mail to all other parties on the attached service list on the 29th day of January, 2018.

        By: /s/ Jesus M. Suarez
            Jesus M. Suarez, Esq.

## SERVICE LIST

*Served Via CM/ECF Notification*

Jeffrey M Siskind on behalf of Defendant Bergman Limited, Inc. d/b/a Bergman Jewelers
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C. Furr, not individually but as the Chapter 7 Trustee
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;ecastellanos@gjb-law.com